**DISMISS; Opinion Filed May 9, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00496-CV**

**MAIN CARR DEVELOPMENT, LLC, Appellant**
**V.**
**MARK A. CARR, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-09820**

## MEMORANDUM OPINION

Before Justices Bridges, FitzGerald, and Myers
Opinion by Justice FitzGerald

By letter dated January 16, 2013, the Court informed appellant that the $175 filing fee was overdue. We instructed appellant to pay the fee within ten days of the date of the letter. We cautioned appellant that failure to pay the fee within the time requested would result in dismissal of the appeal without further notice.

As of today's date, the required filing fee has not been paid. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

120496F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MAIN CARR DEVELOPMENT, LLC,
Appellant

No. 05-12-00496-CV      V.

MARK A. CARR, Appellee

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 10-09820.
Opinion delivered by Justice FitzGerald.
Justices Bridges and Myers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, MARK A. CARR, recover his costs of this appeal from appellant, MAIN CARR DEVELOPMENT, LLC.

Judgment entered May 9, 2013.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

–2–